AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of   MONTANA

| | |
|---|---|
| GOTHAM INSURANCE COMPANY, | ) |
| | ) |
| v. | ) Case No.: 9:11-CV-00039 DWM |
| ALLEGIANCE BENEFIT PLAN MANAGEMENT, INC. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on   August 24, 2012   against Allegiance Benefit Plan Management, Inc. ,
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 304.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . . | 20,700.45 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828   . . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 21,354.45 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

| | | | |
|---|---|---|---|
| [x] | Electronic service | [ ] | First class mail, postage prepaid |
| [ ] | Other: | | |

s/ Attorney:   */s/ Robert J. Guite*

Name of Attorney: Robert J. Guite

For: Gotham Insurance Company                                                         Date: September 7, 2012
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                    *Deputy Clerk*                    *Date*

AO-133

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | TOTAL |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d)  Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ATTACHMENT - ITEMIZATION OF COSTS

*Gotham Insurance Company v. Allegiance Benefit Plan Management, Inc.*
United States District Court, District of Montana
Case No. 9:11-CV-00039 DWM
**TAXABLE COSTS**

| CATEGORY: FEES OF THE CLERK | Amount |
|---|---|
| 1.  Complaint Filing Fee | $350.00 |
| CATEGORY: FEES FOR SERVICE OF PROCESS | |
| 1.  Service of Complaint & Summons (Personal Service) | $304.00 |
| CATEGORY: FEES FOR DEPOSITIONS* | |
| 1.  Nicholas Chen | $1,964.20 |
| 2.  Roger Cowan & Dirk Visser ($3,408.20 + $715.75) | $4,123.95 |
| 3.  Dennis Gambill | $479.70 |
| 4.  Paul Kush | $1,287.25 |
| 5.  James Martocci | $2,766.55 |
| 6.  Jeffrey McKinley | $972.45 |
| 7.  Lisa Porcaro & David Wash | $2,748.30 |
| 8.  Adam Russo | $882.30 |
| 9.  James Smith | $2,148.50 |
| 10. Susan Witte | $2,010.00 |
| 11. Gary Zadick | $1,317.25 |
| **TOTAL:** | **$21,354.45** |

---

\* All deposition transcripts were used in support of the motions for summary judgment filed in this case.

**Redacted**



-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Tuesday, March 01, 2011 10:11 AM
To: Guite, Robert J.
Subject: Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: MTD CM ECF
Pay.gov Tracking ID:
Agency Tracking ID:
Transaction Type: Sale
Transaction Date: Mar 1, 2011 1:10:48 PM


Transaction Amount: $350.00

[redacted]

**Redacted**

SHIPPED MAR 3 1 2011

# First Legal
## San Francisco Legal Support

SAN FRANCISCO
SUPPORT, INC
TAX ID # 20-2513585

Mail Payments to:
San Francisco Legal Support
P. O. Box 34268
Los Angeles, CA 90034

**invoice**

| INVOICE NUM | CUSTOMER |
|---|---|
| 47500 | 20345 |
| INVOICE DATE | INV AMOUNT |
| 3/15/11 | 304.00 |

SQUIRE SANDERS LEGAL COUNSEL WORLDW
ATTN: ACCOUNTS PAYABLE
275 BATTERY STREET, SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | | | | CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 20345 | 47500 | 3/15/11 | 304.00 | 1 | SAN FRANCISCO LEGAL |
| 3/01/11 | 6652735 | FSP | SQUIRE SANDERS LEGAL COUNSEL WORLDW 275 BATTERY STREET SAN FRANCISCO CA 94111 Caller: Tonette Danowski 9:11-CV 00039-DWM GOTHAM INS VS. ALLEGIENCE BENEFIT SUMMONS & COMPLAINT PLEASE SERVE TODAY Signed: ALLAN HALL-VP | ALLEGIANCE BENIFIT PLAN MANAGEMENT 620 HIGH PARK WAY MISSOULA   MT 59806  Ref: 107369.00001 | | | Base Chg : PDF/OvrNte: | 279.00 25.00 | 304.00 |
| PROCESS-FORWARD SAME DAY | | | | | | | | | |

Vendor # 53872
Inv. Total $304.00
GL/CM Amt $304.00
GL/CM Code 107369.00001/522
Req. Sign /Narowski  Emp. # 18379
Appr. Sign. ___  Appr. Emp. # 07175
Sharon McCracken - 07168
GL Appr. Sign.

Please pay->  304.00

**INVOICE PAYMENT DUE UPON RECEIPT**



**ESQUIRE**
DEPOSITION SOLUTIONS

Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009



### Invoice # PL348375

| Invoice Date | 06/26/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 07/26/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MARK GOODMAN ,ESQ.
SQUIRE, SANDERS & DEMPSEY - SAN FRANCISC
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/20/2012 | GOTHAM INSURANCE COMPANY vs. ALLEGIANC | 461661 | 06/26/2012 | F-S-O |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 06/20/2012, NICHOLAS CHEN (NEW YORK, NY) | | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (269 Pages) | $ 5.40 | $ 1,452.60 |
| EXHIBITS | $ 78.10 | $ 78.10 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 50.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 15.00 | $ 15.00 |
| ROUGH ASCII | $ 343.50 | $ 343.50 |
| | | $ 1,939.20 |
| DEL-STANDARD | | $ 25.00 |
| | | $ 25.00 |

SHIPPED TO: GOODMAN, MARK C. ESQ.
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111
ROUGH ASCII PROVIDED
PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 08/10/2012** | **$ 1,964.20** |
| Amount Due After 08/10/2012 | $ 2,160.62 |

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

  

| | |
|---|---|
| Invoice #: | PL348375 |
| Payment Due: | 07/26/2012 |
| **Amount Due On/Before 08/10/2012** | **$ 1,964.20** |
| Amount Due After 08/10/2012 | $ 2,160.62 |

**ESQUIRE**

MARK GOODMAN ,ESQ.
SQUIRE, SANDERS & DEMPSEY - SAN FRANCISC
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013  0000348375  06262012  7  000196420  9  07262012  08102012  2  000216062  87

**Jeffries Court Reporting, Inc.**
1015 Mount Avenue, Suite C
Missoula, MT 59801

| | |
|---|---|
| Phone # | 406 721-1143 |
| Fax # | 406 728-0888 |
| E-mail | jcrcourt@montana.com |
| Web Site | www.jeffriescourtreporting.com |

| Bill To |
|---|
| Mark Goodman, Esq. |
| Squire Sanders |
| 275 Battery Street, Ste. #2600 |
| San Francisco, CA   94111 |

| Date | Invoice # |
|---|---|
| 1/25/2012 | 20978 |

| Terms | Due Date |
|---|---|
| Net 30 | 2/24/2012 |

| Rep |
|---|
| TR |

| Description | Amount |
|---|---|
| 12-26 & 28 - GOTHAM INSURANCE vs ALLEGIANCE BENEFIT PLAN - 9:11-CV-00039-DWM  Depositions taken on Thursday, January 12 and Friday, January 13, 2012 in Missoula, MT | |
| Deposition of ROGER COWAN - Rush Rough Draft     (Original and Three Electronic (Paperless) Copies - Electronic Portfolios Include Full-Size and Condensed with Keywords) | 1,907.90 |
| Deposition of DIRK VISSER - Rush Rough Draft     (Original and Three Electronic (Paperless) Copies - Electronic Portfolios Include Full-Size and Condensed with Keywords) | 1,062.30 |
| Above Charges Include Courtesy Rate of .25/Page for Co-Counsel and Electronic Charge of 12.50 | |
| Exhibits - Scanned, Archived, Electronically Tabbed, Hard Copy Tabbing, Two Binders and Handling | 418.00 |
| Mailing/Courier Service, Handling and Office Support Services | 20.00 |

THANK YOU!
TAX ID #81-0512162

| Total | $3,408.20 |
|---|---|

PLEASE INCLUDE INVOICE NUMBER ON THE CHECK.  A FINANCE CHARGE OF 1.5% WILL BE ADDED ON ACCOUNTS 30 DAYS PAST DUE.



# JEFFRIES COURT REPORTING, INC.

MELODY JEFFRIES PETERS, RDR, CRR
jcrcourt@montana.com
jeffriescourtreporting.com
bigskyvideoconferenceofmontana.com

1015 MOUNT AVENUE, SUITE C
MISSOULA, MONTANA 59801
(406) 721-1143 / FAX (406) 728-0888
1-800-769-1052

| Bill To |
|---|
| Mark Goodman, Esq.<br>Squire Sanders<br>275 Battery Street, Ste. #2600<br>San Francisco, CA   94111 |

| Date | Invoice # |
|---|---|
| 3/5/2012 | 21071 |

| Terms | Due Date |
|---|---|
| Net 30 | 4/4/2012 |

| | Rep |
|---|---|
| | offic |

| Description | Amount |
|---|---|
| 12-26 & 27 - GOTHAM INSURANCE CO. vs ALLEGIANCE BENEFIT PLAN MANAGEMENT - #9:11-CV-00039-DWM | |
| Depositions taken on January 12 and January 13, 2012 in Missoula, MT | |
| Deposition of ROGER COWAN - Hard Copy at Courtesy Rate of .25 = 334 Pages @.25 | 83.50 |
| Deposition of DIRK VISSER - Hard Copy at Courtesy Rate of .25 = 183 Pages @.25 | 45.75 |
| Exhibits & Tabbing (Hard Copy) and Binder | 461.50 |
| Handling and Processing Late Order Hard Copy of Deposition Transcripts and Exhibits | 75.00 |
| Mailing | 50.00 |

THANK YOU!
TAX ID #81-0512162

| Total | $715.75 |
|---|---|

PLEASE INCLUDE INVOICE NUMBER ON THE CHECK.  A FINANCE CHARGE OF 1.5% WILL BE ADDED ON ACCOUNTS 30 DAYS PAST DUE.

Lesofski Coast Reporting and Video Conferencing
7 West Sixth Avenue, Suite 2A
Helena, MT 59601
(406) 443-2010  E-mail: lcr@mt.net
Tax ID 20-8597953

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/25/2012 | 5293 |

| BILL TO |
|---|
| Mark C. Goodman |
| Attorney at Law |
| Squire, Sanders & Dempsey |
| 275 Battery Street, Suite 2600 |
| San Francisco, CA  94111 |

| CASE NAME | REPTR | DATE OF JOB |
|---|---|---|
| Gotham v. Allegiance | SJ | 5/10/2012 |
| DESCRIPTION | PAGES | AMOUNT |
| Deposition of Dennis Gambill  One Copy | 210 | 451.00 |
| Exhibits | 74 | 22.20 |
| Postage | | 6.50 |
| Please reference invoice number with payment. | TOTAL | $479.70 |
| We appreciate your business. | | |

**ESQUIRE**
Esquire Solutions - New York City
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to: AP Hold
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

# ESQUIRE

**Invoice # EQ117010**

| Invoice Date | 02/16/2012 |
|---|---|
| Terms | NET 45 |
| Payment Due | 04/01/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MARK GOODMAN, ESQ.
SQUIRE SANDERS, LLC
275 BATTERY STREET
SAN FRANCISCO, CA 94111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/27/2012 | GOTHAM INSURANCE CO. vs. ALLEGIANCE BEN | 324539 | 02/15/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 01/27/2012, PAUL KUSH (NEW YORK, NY) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 861.60 |
| EXHIBITS | $ 7.65 |
| ROUGH DRAFT | $ 343.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| | $ 1,262.25 |
| SHIPPING/HANDLING | $ 25.00 |
| | $ 25.00 |

***ROUGH DRAFT PROVIDED***

Vendor # 41548 *New Add*
Inv. Total 1287.25
GL/CM Amt 1287.25
GL/CM Code 107369 00001 510
Req. Sign _____ Req. Emp. # 08827
Appr. Sign _____ Appr. Emp. #
Sharon McCracken - 07166

Tax: $ 0.00
Paid: $ 0.00

**Amount Due On/Before 04/01/2012** — **$ 1,287.25**
Amount Due After 04/01/2012 — $ 1,415.98

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  DISCOVER

**ESQUIRE**

MARK GOODMAN, ESQ.
SQUIRE SANDERS, LLC
275 BATTERY STREET
SAN FRANCISCO, CA 94111

Invoice #: EQ117010
Payment Due: 04/01/2012

**Amount Due On/Before 04/01/2012** — **$ 1,287.25**
Amount Due After 04/01/2012 — $ 1,415.98

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

073 0000117010 02162012 2 000128725 4 04012012 04012012 8 000141598 73

ESQUIRE
Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com



Invoice # PL344327

| Invoice Date | 05/22/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/21/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MARK GOODMAN ,ESQ.
SQUIRE, SANDERS & DEMPSEY - SAN FRANCISC
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/02/2012 | GOTHAM INSURANCE COMPANY vs. ALLEGIANC | 452750 | 05/21/2012 | F-S-O |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 05/02/2012, JAMES MARTOCCI (NEW YORK, NY) | | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (414 Pages) | $ 5.55 | $ 2,297.70 |
| EXHIBITS | $ 218.90 | $ 218.90 |
| APPEARANCE FEE FULL DAY | $ 90.00 | $ 90.00 |
| APPEARANCE FEE AFTER HOUR ADDITIONAL HOUR | $ 45.00 | $ 45.00 |
| OVERTIME PER PAGE SURCHARGE (29 Pages) | $ 1.55 | $ 44.95 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 15.00 | $ 15.00 |
| | | $ 2,741.55 |
| DELIVERY- | | $ 25.00 |
| | | $ 25.00 |

Vendor # 41548
Inv. Total 2766.55
GL/CM Amt 2766.55
GL/CM Code 107369.00001 / 511
Req. Sign._____ Req. Emp. # 08827
Appr. Sign._____ Appr. Emp. # 07164
Sharon McCracken
PGL Appr. Sign._____
_____ 18742

SHIPPED TO: GOODMAN, MARK C. ESQ.
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111
MATTER NUMBER: 107369.00001

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| Amount Due On/Before 07/06/2012 | $ 2,766.55 |
| Amount Due After 07/06/2012 | $ 3,043.21 |

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

ESQUIRE

MARK GOODMAN ,ESQ.
SQUIRE, SANDERS & DEMPSEY - SAN FRANCISC
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111

Sharon:
OK to advance??
Yes

| | |
|---|---|
| Invoice #: | PL344327 |
| Payment Due: | 06/21/2012 |
| Amount Due On/Before 07/06/2012 | $ 2,766.55 |
| Amount Due After 07/06/2012 | $ 3,043.21 |

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000344327 05222012 9 000276655 2 06212012 07062012 4 000304321 26



**ESQUIRE**
Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009



Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com



MARK GOODMAN ,ESQ.
SQUIRE, SANDERS & DEMPSEY - SAN FRANCISC
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111

**Invoice # PL344206**

| Invoice Date | 05/18/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/17/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/30/2012 | GOTHAM INSURANCE COMPANY vs. ALLEGIANC | 452301 | 05/15/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 04/30/2012, JEFFREY MCKINLEY (SAN FRANCISCO, CA) | | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (233 Pages) | $ 3.15 | $ 733.95 |
| EXHIBITS | $ 36.75 | $ 36.75 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 | $ 30.00 |
| SUMMARY | $ 95.00 | $ 95.00 |
| COPY HANDLING FEE | $ 30.00 | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 15.00 | $ 15.00 |
| | | $ 940.70 |
| DEL-STANDARD | | $ 31.75 |
| | | $ 31.75 |

Vendor # 41548
Inv. Total 972.45
GL/CM Amt 972.45
GL/CM Code 107369.00001/511
Req. Sign. _____ Req. Emp. # 08527
Appr. Sign. _____ Appr. Emp. # _____
Sharon McCracken - 07166
PGL Appr. Sign. _____

| | | |
|---|---|---|
| Tax: | | $ 0.00 |
| Paid: | | $ 0.00 |
| **Amount Due On/Before 07/02/2012** | | **$ 972.45** |
| Amount Due After 07/02/2012 | | $ 1,069.70 |

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**ESQUIRE**

MARK GOODMAN ,ESQ.
SQUIRE, SANDERS & DEMPSEY - SAN FRANCISC
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111

| | |
|---|---|
| Invoice #: | PL344206 |
| Payment Due: | 06/17/2012 |
| **Amount Due On/Before 07/02/2012** | **$ 972.45** |
| Amount Due After 07/02/2012 | $ 1,069.70 |

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000344206 05182012 9 000097245 1 06172012 07022012 3 000106970 10


**AP Hold** — Page 1 of 2

# ESQUIRE
## DEPOSITION SOLUTIONS

Esquire Solutions - New York City
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

MARK GOODMAN ,ESQ.
SQUIRE SANDERS, LLC
275 BATTERY STREET
SAN FRANCISCO, CA 94111

**Invoice # EQ116929** (circled)

| | |
|---|---|
| Invoice Date | 02/14/2012 |
| Terms | NET 45 |
| Payment Due | 03/30/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/26/2012 | GOTHAM INSURANCE CO. vs. ALLEGIANCE BEN | 324538 | 02/10/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 01/26/2012, LISA PORCARO (NEW YORK, NY) | |
|   ONE COPY OF TRANSCRIPT PACKAGE | $ 552.00 |
|   EXHIBITS | $ 7.65 |
|   LITIGATION SUPPORT DISK | $ 50.00 |
|   SUMMARY | $ 95.00 |
|   ROUGH DRAFT | $ 213.50 |
| | $ 918.15 |
| Services Provided on 01/26/2012, DAVID WASH (NEW YORK, NY) | |
|   ONE COPY OF TRANSCRIPT PACKAGE | $ 1,164.00 |
|   EXHIBITS | $ 122.15 |
|   LITIGATION SUPPORT DISK | $ 50.00 |
|   ROUGH DRAFT | $ 469.00 |
| | $ 1,805.15 |
| SHIPPING/HANDLING | $ 25.00 |
| | $ 25.00 |

**CONTINUED ON NEXT PAGE ...**

Handwritten annotations:
- Vendor #: 41548
- Inv. Total: 2748.30
- GL/CM Amt: 2748.30
- GL/CM Code: 107369.00001 / 511
- Req. Sign.: [signature]   Req. Emp. #: 5827
- Appr. Sign.: [signature] (DKY)   Appr. Emp. #: 10395
- Sharon McCracken - 07166
- PGL Appr. Sign.: _____
- 3754  18792

Tax Number: 45-3463120



---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA · MasterCard · DISCOVER · American Express

# ESQUIRE

| | |
|---|---|
| Invoice #: | EQ116929 |
| Payment Due: | 03/30/2012 |
| **Amount Due On/Before 03/30/2012** | **$ 2,748.30** |
| Amount Due After 03/30/2012 | $ 3,023.13 |

MARK GOODMAN ,ESQ.
SQUIRE SANDERS, LLC
275 BATTERY STREET
SAN FRANCISCO, CA 94111

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

```
073  0000116929  02142012  3  000274830  9  03302012  03302012  6  000302313  92
```



Esquire Solutions - San Francisco
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009



### Invoice # PL347381

| Invoice Date | 06/19/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 07/19/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MARK GOODMAN ,ESQ.
SQUIRE, SANDERS & DEMPSEY - SAN FRANCISC
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/24/2012 | GOTHAM INSURANCE COMPANY vs. ALLEGIANC | 454409 | 06/18/2012 | FED EX |

| Description | | Price | Amount |
|---|---|---|---|
| Services Provided on 05/24/2012, ADAM RUSSO (BOSTON, MA) | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (186 Pages) | | $ 3.30 | $ 613.80 |
| EXHIBITS | | $ 178.50 | $ 178.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | | $ 35.00 | $ 35.00 |
| CONDENSED TRANSCRIPT | | $ 0.00 | $ 0.00 |
| ARCHIVING FEE | | $ 20.00 | $ 20.00 |
| | | | $ 847.30 |
| DELIVERY-OTHER | | | $ 35.00 |
| | | | $ 35.00 |



Sharon McCracken - 07166

MATTER NUMBER: 107369.00001
TRANSCRIPT PAGES: 153
WORD INDEX PAGES: 33
EXHIBITS COLOR: 23
EXHIBIT TABS: 3
EXHIBITS B&W: 527

Tax Number: 45-3463120

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 08/03/2012** | **$ 882.30** |
| Amount Due After 08/03/2012 | $ 970.53 |

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  DISCOVER

ESQUIRE

MARK GOODMAN ,ESQ.
SQUIRE, SANDERS & DEMPSEY - SAN FRANCISC
SUITE 2600
275 BATTERY STREET
SAN FRANCISCO, CA 94111

| | |
|---|---|
| Invoice #: | PL347381 |
| Payment Due: | 07/19/2012 |
| **Amount Due On/Before 08/03/2012** | **$ 882.30** |
| Amount Due After 08/03/2012 | $ 970.53 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

013 0000347381 06192012 1 000088230 3 07192012 08032012 6 000097053 91

**Jeffries Court Reporting, Inc.**
1015 Mount Avenue, Suite C
Missoula, MT 59801

| | |
|---|---|
| Phone # | 406 721-1143 |
| Fax # | 406 728-0888 |
| E-mail | jcrcourt@montana.com |
| Web Site | www.jeffriescourtreporting.com |

**Bill To**

Mark Goodman, Esq.
Squire Sanders
275 Battery Street, Ste. #2600
San Francisco, CA  94111

| Date | Invoice # |
|---|---|
| 4/30/2012 | 21223 |

| Terms | Due Date |
|---|---|
| Net 30 | 5/30/2012 |

| | Rep |
|---|---|
| | TR |

| Description | Amount |
|---|---|
| 12-219 - GOTHAM INSURANCE COMPANY vs ALEGIANCE BENEFIT PLAN - #9:11-CV-00039-DWM | |
| Deposition taken on Thursday, April 19, 2012 in Missoula, MT | |
| Deposition of JAMES SMITH (Original and Two Electronic (Paperless) Copies - Electronic Portfolios Include Full-Size and Condensed with Keywords) | 1,325.10 |
| Extra copy for deponent to read and sign | 50.00 |
| Three Sets Exhibits - Two Scanned, Archived and Electronically Tabbed for Squire Sanders and Phillips Firms, One Hard Copy and Tabbing for Squire Sanders, Tabbing for Hard Copy Original and Two Binders | 738.00 |
| Mailing/Courier Service, Handling and Office Support Services | 35.40 |

THANK YOU!
TAX ID #81-0512162

**Total** $2,148.50

PLEASE INCLUDE INVOICE NUMBER ON THE CHECK.  A FINANCE CHARGE OF 1.5% WILL BE ADDED ON ACCOUNTS 30 DAYS PAST DUE.

**Jeffries Court Reporting, Inc.**
1015 Mount Avenue, Suite C
Missoula, MT 59801

| | |
|---|---|
| Phone # | 406 721-1143 |
| Fax # | 406 728-0888 |
| E-mail | jcrcourt@montana.com |
| Web Site | www.jeffriescourtreporting.com |

**Bill To**

Mark Goodman, Esq.
Squire Sanders
275 Battery Street, Ste. #2600
San Francisco, CA  94111

| Date | Invoice # |
|---|---|
| 3/14/2012 | 21099 |

| Terms | Due Date |
|---|---|
| Net 30 | 4/13/2012 |

| | Rep |
|---|---|
| | TR |

| Description | Amount |
|---|---|
| 12-117 - GOTHAM INSURANCE COMPANY vs ALEGIANCE BENEFIT PLAN - #9:11-CV-00039-DWM<br>Deposition taken on Wednesday, February 29, 2012 in Helena, MT<br><br>Deposition of SUSAN WITTE<br>    (Original and Two Electronic (Paperless) Copies - Electronic Portfolios Include Full-Size and Condensed with Keywords and One Hard Copy - Condensed with Key Words) | 1,294.60 |
| Exhibits - Two Sets (One Scanned, Archived, Electronically Tabbed, One Hard Copy and Tabbing and Tabbing for Hard Copy Original and Binder | 345.55 |
| Mileage Round Trip From Missoula To Helena, MT @.555 | 139.85 |
| Appearance Fee - Windshield Time and Time After 5:00 | 200.00 |
| Mailing/Courier Service, Handling and Office Support Services | 30.00 |

THANK YOU!
TAX ID #81-0512162

| Total | $2,010.00 |
|---|---|

PLEASE INCLUDE INVOICE NUMBER ON THE CHECK.  A FINANCE CHARGE OF 1.5% WILL BE ADDED ON ACCOUNTS 30 DAYS PAST DUE.



**Charles Fisher Court Reporting, Inc.**

503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/20/2012 | JL12-28 |

| Bill To |
|---|
| Mr. Robert J. Guite |
| Squire Snaders & Dempsey |
| 275 Battery St, Ste 2600 |
| San Francisco, CA 94111 |

RECEIVED

JUN 2 8 2012

Squire Sanders (US) 

| Court: US District - Missoula, MT |
|---|
| Cause No. 11-cv-00039-DWM |
| Gotham Insurance vs. Allegiance |

| Terms | Due Date |
|---|---|
| Net 30 | 7/20/2012 |

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition-1 Copy | 6/8/2012 | Gary Zadick (expedited) | 1,317.25 |

Thank you for your business.   Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$1,317.25** |